# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, J.P. LISIECKI**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**KEVIN D. MOORE**
**INFORMATION SYSTEMS TECHNICIAN THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201400001**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 3 September 2013.
**Military Judge:** CDR Michael J. Luken, JAGC, USN.
**Convening Authority:** Commanding Officer, USS DWIGHT D. EISENHOWER (CVN 69).
**Staff Judge Advocate's Recommendation:** LCDR G.J. Nadella, JAGC, USN.
**For Appellant:** Maj Michael Berry, USMC.
**For Appellee:** Mr. Brian Keller, Esq.

**20 March 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court